**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **JEREMY T. DAVIS,** | § § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 4:19CV38 |
| **PROCOLLECT, INC.,** | § § | Judge Mazzant/Judge Johnson |
| Defendant. | § | |

**ORDER REFERRING CASE TO MEDIATION**

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with the Court's Mediation Plan. The parties selected Jay Zeleskey of Zeleskey Mediation, 8117 Preson Road, Suite 300, Dallas, Texas, as a mediator. Dkt. 15.

The mediation deadline in this matter is September 19, 2019. *See* Dkt. 14. The assigned mediator shall be responsible for communicating with all counsel to coordinate a date for the mediation.

The mediator shall file a report within five (5) days of the completion of the mediation conference.

**IT IS SO ORDERED**.
**SIGNED** this 1st day of August, 2019.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

1